# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA, :
                                                  Case No. 3:10-cr-134
        Plaintiff,                     :          Also 3:12-cv-201

-vs-                                          :        District Judge Walter Herbert Rice
                                                   Magistrate Judge Michael R. Merz

JAMES SCHOOLER, :
        Defendant. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #35), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, and for good cause shown, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Motion to Vacate under 28 U.S.C. § 2255 is DISMISSED with prejudice. Defendant is also DENIED a certificate of appealability. The Court hereby certifies to the United States Court of Appeals that any appeal would not be taken in objective good faith and therefore Defendant should not be permitted to proceed *in forma pauperis*.

July 20, 2012.

                                                                       Walter Herbert Rice
                                                                United States District Judge